NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ELENA ERICKSON,               )
                                   )
        Appellant,        )
                                   )
v.                          )      Case No. 2D18-71
                                 )
STATE OF FLORIDA,     )
                                 )
        Appellee.         )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

John B. Baez of Law Offices of John B.
Baez, Sarasota, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and KELLY and ATKINSON, JJ., Concur.